DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

NOV 8'10AM 9:59 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
PALOMAREZ, JOE TOM and
PALOMAREZ, SHIRLEY I

Case No. 05-04147-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $8.66, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| PALOMAREZ, JOE TOM and PALOMAREZ, SHIRLEY I | 342 YOUNGSTOWN ROAD TOPPENISH , WA 98948 | $8.66 |

Dated: October 29, 2010

_Daniel H. Brunner_
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875268        11-8-10              $ 8.66